IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                                                                   PLAINTIFF

VS.                           CASE NO. 1:08-CR-10010-001

CARLES A. DENNIS                                                                                       DEFENDANT

## **ORDER**

      Before the Court is a Motion for Reduction of Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed by the United States of America. On May 14, 2010 the Court sentenced Defendant to 92 months imprisonment, five years supervised release, and a $100 special assessment. After his sentencing, Defendant provided substantial Defendant provided substantial assistance in prosecuting another person. Based on Defendant's substantial assistance, the United States of America moves, pursuant to Federal Rule of Civil Procedure 35(b)(2)(C), to reduce Defendant's sentence of imprisonment from 92 months to 77 months. Upon consideration, the Court finds that the above referenced motion should be and hereby is **GRANTED**. Defendant's sentence of imprisonment is reduced to 77 months.

      IT IS SO ORDERED, this 20th day of July, 2012.

                                                                       /s/ Harry F. Barnes
                                                                       Hon. Harry F. Barnes
                                                                       United States District Judge