# UNITED STATES DISTRICT COURT
## for the
### Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Carles A. Dennis | Case No: 1:08CR10010-001<br>USM No: 09444-010 |
| Date of Original Judgment: May 14, 2010<br>Date of Previous Amended Judgment: July 20, 2012<br>*(Use Date of Last Amended Judgment if Any)* | Allen P. Roberts<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___77___ months **is reduced to** ___51___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___May 14, 2010___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 26 Sept. 2012

Effective Date: _____
*(if different from order date)*

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
SEP 27 2012
CHRIS R. JOHNSON, Clerk
By _____
Deputy Clerk

Judge's signature

HARRY F. BARNES
*Printed name and title*